Rel: December 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2023-0877

The WC Baker Company, LLC; Valley Grove Homeowner's Association, LLC; and RGC Group, Inc. v. Kimberly Moore (Appeal from Colbert Circuit Court: CV-22-900129).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Sellers, Stewart, and Cook, JJ., concur.